# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BRIAN WHITE,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20−cv−02080 |
| | § | |
| **BROKER SOLUTIONS, INC. d/b/a** | § | JURY |
| **NEW AMERICAN FUNDING and** | § | |
| **PROCTOR FINANCIAL, INC.,** | § | |
| Defendants. | § | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGES OF THIS COURT:

Comes now, **Brian White** ("Plaintiff"), and files Plaintiff's Designation of Expert Witnesses as follows:

These expert witnesses are not retained by Plaintiff but may provide testimony in this case regarding attorney fees:

**Brian White**
c/o Clint Reed
White Harrison – Trial Lawyers
3120 Southwest Freeway, Suite 350
Houston, Texas 77005
Tel: 713-224-4878

Plaintiff reserves the right to supplement within the time limitations provided by the Court, or alterations thereto, or by any agreements between the parties.

Plaintiff further reserves the right to withdraw the designation of any expert and to aver positively that such previously designated expert will not be called upon to testify as an expert at trial, and to re-designate same as a consulting expert, who cannot be called by opposing counsel.

Plaintiff reserves the right to elicit by cross-examination the opinion testimony of experts designated and called by other parties to the suit.

Plaintiff reserves the right to call undesignated experts in rebuttal, whose identities and testimony cannot be reasonably foreseen until Defendant has presented their evidence at trial.

Plaintiff reserves the right to elicit expert testimony and/or lay opinion testimony that would assist the jury in determining material fact issues that would not violate the Federal Rules of Civil Procedure and/or the Federal Rules of Evidence.

Plaintiff further reserves any additional rights it may have regarding expert witnesses under the Federal Rules of Civil Procedure, Federal Rules of Evidence, and/or any other case law or rulings of this Honorable Court.

    Respectfully submitted,

*/s/ Clint Reed*
Clint Reed
Texas Bar No.: 24084674
S.D. Tex. No.: 2791318

ATTORNEY BRIAN WHITE & ASSOCIATES, P.C.
3120 Southwest Freeway, Ste. 350
Houston, Texas 77098
(713) 224-4878 Telephone
(713) 237-0510 Facsimile
Clint@AttorneyBrianWhite.com
**ATTORNEY IN CHARGE FOR PLAINTIFF**

**OF COUNSEL:**
Brian E. White
Texas Bar No.: 24034736
S.D. Tex.: 31893
ATTORNEY BRIAN WHITE & ASSOCIATES, P.C.
3120 Southwest Freeway, Ste. 350
Houston, Texas 77098
(713) 224-4878 Telephone
(713) 237-0510 Facsimile
Brian@AttorneyBrianWhite.com

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing instrument has been served electronically upon all counsel of record, on this the 16th day of April 2021 as follows:

M. Micah Kesslery
Monica Nunez-Garza
Nistico, Crough & Kessler, P.C.
1900 West Loop South, Suite 800
Houston, Texas 77027
mkessler@nck-law.com
mgarza@nck-law.com

and
Joshua Abel
Abel Law Offices, P.C.
2601 Main Street, Suite 1200
Irvine, California 92614
josh@abelattorneys.com
**Attorneys for Defendant Broker Solutions, Inc.**

Valerie Henderson
Hunter Fugate
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
1301 McKinney Street, Suite 3700
Houston, Texas 77010
vhenderson@bakerdonelson.com
hfugate@bakerdonelson.com
**Attorneys for Defendant Proctor Financial, Inc.**

*/s/ Clint R. Reed*
Clint R. Reed